## Moon Schools Union School District Appeal.
## Neville Township School District Appeal.
## Coraopolis Borough School District Appeal.

744

Argued November 12, 1970. *Bresci R. P. Leonard,* with him *Royston, Robb, Leonard, Edgecombe, Miller & Shorall,* for townships, appellants; *Philip R. McLaughlin,* with him *Tucker, Burke, Campbell & Arensberg,* for borough, appellant; *Patrick H. Washington,* Deputy Attorney General, with him *Fred Speaker,* Attorney General, for State Board of Education, appellee.

Orders affirmed.